UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:03CR277(PCD) |
| | : | |
| SUSAN GODDING | : | NOVEMBER 30, 2004 |

### GOVERNMENT'S NOTICE OF MANUAL FILING

Please take notice that the United States of America has manually filed the following exhibits to the "Government's Motion to Supplement Record."

1. Exhibit 1: Defendant's Brief cover page, pages 15-16, and page 21;

1. Exhibit 2: June 23, 2004 Certificate of Death for Barbara Dolores Kelley;

2. Exhibit 3: June 30, 2004 statement by Judith H. Trovers to the Connecticut State Police;

3. Exhibit 4: June 30, 2004 statement by Fern M. Forcelle to the Connecticut State Police;

4. Exhibit 5: June 30, 2004 statement by Joan M. Caine to the Connecticut State Police; and

5. Exhibit 6: June 16, 2004 employee separation form, relative to Susan Godding.

These documents have not been filed electronically because the documents cannot be converted to an electronic format.

These exhibits have been manually served on all parties.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct05101
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101


CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed this 30th day of November, 2004, to Kathleen Nevins, Esq., and Charles Willson, Esq., Nevins & Nevins, LLP, 102 Connecticut Boulevard, East Hartford, CT 06128.

_____
JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY