**MANDATE**

*NHCT- New Haven*
*03-cr-277*
*DORSEY*

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 19th day of April, two thousand and five.

Before:  Hon. James L. Oakes,
         Hon. Amalya L. Kearse,
         Hon. Robert D. Sack,
                                   *Circuit Judges*

Docket No. 04-3643-cr

---

United States of America

                     *Appellant*,

v.

Susan Godding,

                     *Defendant-Appellee.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is REMANDED for further proceedings in conformity with <u>Crosby</u> in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. Mackechnie, CLERK
by _____
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

—ISSUED AS MANDATE: 5/11/05