UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Re-Sentencing Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Courtroom #1

June 15, 2005

9:00 A.M.

REMEMBER A SPECIAL ASSESSMENT ON EACH COUNT OF CONVICTION MUST BE PAID AT THE TIME OF SENTENCING.

CASE NO.   3-03-cr-277 (PCD)   USA v. Susan Godding

    COUNSEL OF RECORD:

| | |
|---|---|
| John A. Danaher, III, AUSA | U.S. Attorney's Office, 450 Main St. Room 328, Hartford, CT 06103   860-947-1101 |
| Charles F. Willson, Esq. | Nevins & Nevins, P. O. Box 280658, East Hartford, CT 06128   860-289-4455 |
| Bunita Keyes, USPO | U.S. Probation Office, 450 Main St., Rm. 735, Hartford, CT  06103-3002  860-240-3661 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK