UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 3:03CR277(PCD) |
| SUSAN GODDING : | June 3, 2005 |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by John A. Danaher III, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On June 15, 2005, at 9:00 A.M., there will come before this Court, at New Haven, Connecticut, for sentencing, the criminal case of <u>United States of America v. Susan Godding</u>, Criminal No. 3:03CR277(PCD).

2. That the above-named defendant, Susan Godding, has been convicted of violating Title 18, United States Code, Section 656.

3. That the said Susan Godding is now confined at the York Correctional Institution.

That the said Susan Godding should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be re-sentenced for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden,

District of Connecticut, or any of his proper deputies, ordering them to produce the said Susan Godding at the United States Courthouse, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

                                    UNITED STATES OF AMERICA

                                    KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY

                                    JOHN A. DANAHER III
                                    ASSISTANT UNITED STATES ATTORNEY

STATE OF CONNECTICUT                   :
                                       : ss. Hartford, June 3, 2005
COUNTY OF HARTFORD                     :


Personally appeared before me John A. Danaher III, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters, he believes it to be true.


*Bernadette Ellis*
Bernadette Ellis
Notary Public

My commission expires: ~~January~~ March 31, 2009

CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 3rd day of June, 2005 to the following:

Charles F. Willson, Esq.
Nevins & Nevins, LLP
P. O. Box 280658
East Hartford, CT 06128

JOHN A. DANAHER III
ASSISTANT UNITED STATES ATTORNEY