**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3-03-cr-277** |
| **v.** | : | |
| **SUSAN GODDING** | : | **June 7, 2005** |

**MOTION FOR APPOINTMENT OF COUNSEL**
**PURSUANT TO THE CRIMINAL JUSTICE ACT**

The defendant, Susan Godding, respectfully moves the Court to appoint her attorney, Charles F. Willson, as her counsel pursuant to the Criminal Justice Act ("CJA"). In support of this Motion, the defendant states the following grounds:

1)   The defendant cannot afford to pay Nevins & Nevins LLP to continue to represent her.  The defendant will submit a financial affidavit for the Court's consideration at the June 15, 2005 hearing.

2)   Attorney Willson was recently added to the CJA Panel for this District, and has an application pending to serve on the CJA Panel for the U.S. Court of Appeals for the Second Circuit.

3)   Attorney Willson's representation of the defendant dates back to May 2004 and includes representing the defendant during the appeal by the United States to the Court of Appeals for the Second Circuit.

WHEREFORE, the defendant respectfully requests that the Court appoint Attorney Willson as her attorney pursuant to the Criminal Justice Act, as of the date of this Motion.

                            Respectfully submitted,

                            DEFENDANT,
                            SUSAN GODDING

Dated: June 7, 2005                By_____
                            Charles F. Willson (ct24129)
                            NEVINS & NEVINS LLP
                            Her Attorneys
                            102 Connecticut Boulevard
                            P. O. Box 280658
                            East Hartford, CT  06128
                            (860) 289-4455
                            fax: (860) 289-8968
                            cwillson@nevinslaw.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent via U.S. mail, postage prepaid, on June 7, 2005, to all counsel and parties of record as follows:

COUNSEL FOR THE GOVERNMENT:

John Danaher III, Esq.
Assistant United States Attorney
450 Main Street, Room 328
Hartford, CT  06103

COURTESY COPY TO PROBATION:

Bunita Keyes
Office of Adult Probation
450 Main Street, Room 735
Hartford, CT 06103-3002

_____

Charles F. Willson