UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT       FILED

Jun 16  8 55 AM '05

U.S. DISTRICT COURT
NEW HAVEN CONN

UNITED STATES OF AMERICA

V.                                               CASE NO. 3:03 CR 277 (PCD)

SUSAN GODDING

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on May 27, 2004, and the Amended Judgment entered by this Court in the above-entitled case on June 7, 2004, be amended as follows:

**"Defendant is hereby committed to the custody of the United States Attorney General or his duly authorized representative to be imprisoned for a term of 18 months to commence today and to run concurrent to state sentence. Defendant shall thereafter be on Supervised Release for three (3) years."**

In all other respects the Judgment & Order of Commitment entered by this Court on May 27, 2004 and amended on June 7, 2004 remains the same.

It is So Ordered.

Dated at New Haven, Connecticut, this 15th day of June, 2005.

_____
Peter C. Dorsey, Senior
U.S. District Judge