UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff | :<br>:<br>: |
| vs. | :   Criminal No. 3:03cr277 (PCD)<br>: |
| SUSAN GODDING,<br>         Defendant. | :<br>: |

## ORDER TO RELEASE FUNDS

Plaintiff's Motion to Release Funds [Doc. No. 12] having been heard, it is hereby ordered that Plaintiff's Motion is **granted** and the Court shall release any funds it is currently holding to Plaintiffs.

SO ORDERED.

Dated at New Haven, Connecticut, November  1 , 2005.

/s/
Peter C. Dorsey
United States District Judge